LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 15-04257 BRO (SSx) | Date | June 10, 2015 |
|---|---|---|---|
| Title | ROBIN MIGLIORE ET AL. V. DENTAL FIX RX, LLC | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION

A federal court must determine its own jurisdiction even if there is no objection. *Rains v. Criterion Sys., Inc.*, 80 F.3d 339, 342 (9th Cir. 1996). Because federal courts are of limited jurisdiction, they possess original jurisdiction only as authorized by the Constitution and federal statute. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). Original jurisdiction may be established pursuant to 28 U.S.C. § 1332. Under section 1332, a federal district court has jurisdiction over a civil action between citizens of different states where the amount in controversy exceeds $75,000.

In its Notice of Removal, Defendant Dental Fix RX, LLC asserts that there is complete diversity of citizenship between the parties because Plaintiffs are California citizens and Defendant "has its principal place of business in Miami, Florida, and thus, is a citizen of Florida for the purposes of § 1332." (Not. of Removal ¶¶ 6 (citing Compl. ¶¶ 2, 6).) Defendant, however, is a limited liability company, and for purposes of determining diversity of citizenship, a limited liability company is considered to be a citizen of every state of which its members are citizens. *See Johnson v. Columbia Props. Anchorage*, 437 F.3d 894, 899 (9th Cir. 2006) ("We therefore join our sister circuits and hold that, like a partnership, an LLC is a citizen of every state of which its owners/members are citizens."). Should any member of Defendant's company be a California citizen, complete diversity would be destroyed, and the Court would lack subject matter jurisdiction under 28 U.S.C. § 1332. Thus, without more information, it remains unclear whether the Court has jurisdiction pursuant to 28 U.S.C. § 1332.

LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | **CV 15-04257 BRO (SSx)** | Date | June 10, 2015 |
|---|---|---|---|
| Title | **ROBIN MIGLIORE ET AL. V. DENTAL FIX RX, LLC** | | |

    The Court therefore **ORDERS** Defendant to show cause why this case should not be dismissed for lack of subject matter jurisdiction. Defendant must file a written response by **Monday, June 15, 2015** at 9:00 a.m.

**IT IS SO ORDERED.**

                                                                                                                        :

Initials of Preparer                 rf