**LINK:**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | **CV 15-04257-BRO (SSx)** | Date | April 15, 2016 |
|---|---|---|---|
| Title | **ROBIN MIGLIORE, ET AL. V. DENTAL FIX RX, LLC** | | |

Present: The Honorable     **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

### ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE

Pending before the Court is Defendant Dental Fix RX, LLC's ("Defendant") Second Motion for Leave to Amend Affirmative Defenses.  (Dkt. No. 54.)  The hearing of this Motion is scheduled for April 25, 2016.  (*See id.*)  Central District Local Rule 7-9 requires oppositions to be filed no later than twenty-one (21) days prior to the scheduled hearing date.  *See* C.D. Cal. L.R. 7-9.  Thus, Plaintiff Robin Migliore's ("Plaintiff") opposition, if any, was due no later than April 4, 2016.  To date, however, Plaintiff has failed to oppose Defendant's Motion.  Pursuant to Local Rule 7-12, the failure to file an opposition "may be deemed consent to the granting . . . of the motion."  *See* C.D. Cal. L.R. 7-12.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** as to why the Court should not grant Defendant's Motion.  **Both (1) Plaintiff's response to this Order and (2) Plaintiff's opposition to Defendant's Motion, if any, shall be filed by no later than Wednesday, April 20, 2016, at 12:00 p.m.**  An appropriate response will include reasons demonstrating good cause for Plaintiff's failure to timely oppose.  If Plaintiff fails to respond, the Court may grant Defendant's Second Motion for Leave to Amend Affirmative Defenses pursuant to Local Rule 7-12.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |