JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ROBIN MIGLIORE,<br><br>              Plaintiff,<br><br>v.<br><br>DENTAL FIX RX, LLC and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. 2:15-cv-04257-BRO-SS<br><br>[Assigned to the Hon. Beverly Reid O'Connell]<br><br>**ORDER TO DISMISS THE ABOVE-ENTITLED ACTION** |

    Having considered the Joint Stipulation of the parties to dismiss the above-entitle action after the parties have reached a signed confidential settlement, the Court orders that the above-entitled action is dismissed in its entirety as to all parties and all causes of actions with prejudice.  Each party shall bear its own attorneys' fees and costs.

Dated:  August 29, 2016

_____
Hon. Beverly Reid O'Connell
United States District Court Judge

- 1 -